UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

AMBRA N. HENSLEY                                                                    PLAINTIFF

V.                                    NO. 4:19-CV-00080-BRW-JTR

COMMISSIONER SSA                                                                DEFENDANT

## JUDGMENT

Based on today's Order, this case is DISMISSED WITHOUT PREJUDICE. All relief sought is denied, and the case is closed.

IT IS SO ORDERED, this 24th day of September, 2019.


                                                Billy Roy Wilson
                                                UNITED STATES DISTRICT JUDGE